**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

CARL S. TURNER                                                                                              PLAINTIFF
ADC #81306

V.                                          NO. 5:10CV00246 JLH

LARRY NORRIS *et al.*                                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 1st day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE